1006

[No. 20097-3-III. Division Three. April 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY EUGENE GRZOGOREK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02244-2, Tari S. Eitzen, J., entered April 11, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.

[No. 25060-8-II. Division Two. April 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON D. NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-1-00086-8, William E. Howard, J., entered August 12, 1999. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Morgan and Houghton, JJ.

[No. 26388-2-II. Division Two. April 12, 2002.]

*In the Matter of the Detention of* C.K., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 00-6-00008-5, Thomas J. Majhan, J., entered August 29, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 26679-2-II. Division Two. April 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES GARY FELTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03513-8, Karen L. Strombom, J., entered November 22, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Seinfeld, J.